

No. 11–0361/AR. U.S. v. Mark C. Chartier. CCA 20100312. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 11–0104/AF. U.S. v. Edward T. Hudson. CCA 37249. Review granted on the following issue:

> WHETHER THE SPECIFICATION OF THE CHARGE FAILS TO STATE AN OFFENSE UNDER ARTICLE 134 AS IT FAILS TO ALLEGE THE THIRD DISTINCTIVE ELEMENT OF ARTICLE 134.

No briefs will be filed under Rule 25.

---

* The decision of the United States Army Court of Criminal Appeals states that Appellant was convicted of only two specifications of larceny rather than four.